Commonwealth ex rel. Collins, Appellant, *v.*
Maroney.

Submitted January 5, 1966. Before BELL, C. J.,
MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*John L. Collins,* appellant, in propria persona.

*Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, March 22, 1966:

This is an appeal from an order below dismissing an action in habeas corpus without hearing.

We affirm. The following recent decisions are controlling: *Commonwealth ex rel. Blackshear v. Myers,* 419 Pa. 151, 213 A. 2d 378 (1965); *Commonwealth ex rel. Knowles v. Rundle,* 419 Pa. 300, 213 A. 2d 635 (1965); and, *Commonwealth ex rel. Adderley v. Myers,* 418 Pa. 366, 211 A. 2d 481 (1965).

Order affirmed.